(February 5, 1937.)

In the Matter of the Application of WINNIFRED VILLOVIC, Appellant, for a Peremptory Order of Mandamus against LEWIS J. VALENTINE, Police Commissioner of the City of New York, and as Trustee ex Officio of the Police Pension Fund, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote to reverse and grant the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COMMONWEALTH BOND CORPORATION and Others, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ABRAHAM GROSS, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McGUIRE, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent and vote to reverse and dismiss the information.

SUTTON STUDIOS, INC., Appellant, v. LAWYERS TITLE AND GUARANTY COMPANY and LIBERTY PLACE HOLDING CORPORATION, Defendants, Impleaded with HENRY PHIPPS ESTATES, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Cohn, JJ.

MILES H. VERNON, Appellant, v. 92 CANNON ST. REALTY CORP. and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EMANUEL I. SILBERSTEIN, Guardian, Appellant, of FREDA SILBERSTEIN, Infant, Respondent. In the Matter of the Judicial Settlement of the Account of Proceedings of EMANUEL I. SILBERSTEIN, Guardian, Appellant, of ABNER SILBERSTEIN, Infant, Respondent.— Decrees and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.